NO. 8086.

J. E. FISHER, ET AL

VS

DOCK LOADERS & UNLOADERS (INC).

STATE OF LOUISIANA

COURT OF APPEAL

PARISH OF ORLEANS.

8086

8086

# OPINION.

By his Honor John St. Paul.

The defendant is an incorporated association or workingmen, and forms a "local Union" in a wider association known as the "International Longshoremen's Association."

Plaintiffs claim that they were illegally expelled from said Local Union; that they appealed in due course to the higher authorities in said International Association, by whom it was ordered that they be re-instated. That nevertheless the Local Union refused to obey such mandate and to re-instate them; whereby they have been unable to find work. That the financial affairs of defendant have been grossly mismanaged by its officers. Wherefore they pray for reinstatement as members, for damagrs, and for the appointment of a receiver.

The defendant filed an exception of no cause of action, which the trial judge sustained.

We think the judgment appealed from is erroneous. Of course plaintiffs are without interest in the appointment of a receiver for defendant unless and until they be reinstated as members; and they are not entitled to be heard on that issue at this time. But a member illegally suspended or expelled from an association has a double cause of action against it, one for reinstatement and another for the damages he may have sustained.

635

Schneider vs Local Union, 116 La 270

Johnson vs Grand Lodge, 13 Orleans 211

Morrison vs Grand Lodge, Our Docket No. 7650

The other exceptions are perhaps not before us, but they seem to have little merit in them; except that plaintiffs should specify the amount claimed by each of them, and not lump their claims together.

The judgment appealed from is therefore reversed, and it is now ordered that this case be remanded for trial in due course according to law and the views hereinabove expressed. Defendant to pay the costs of this appeal, and the other costs to await the final judgment.

New Orleans La, June 27th, 1921.